IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOEY HOWELL,

    Plaintiff,

v.

ANTHONY BROADBENT, GARY BOUGHTON, MR. KARTMAN, JOSEPH CICHANOWICZ, SUSAN M. DAX, JOSEPH BELZ and JEREMY MCDANIEL,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-477-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

/s/                                             5/15/2018

Peter Oppeneer, Clerk of Court               Date